Kelly W. Craven (SBN 248050)
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7100
Email: kelly.craven@pillsburylaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIN MASTER, LTD., JUSTIN HEIMBERG and DAVID GOMBERG,<br><br>PLAINTIFF(S)<br>v.<br>ZOBMONDO ENERTAINMENT, LLC and RANDALL HORN,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV-06-3459-ABC(JTLx)Consolidated with CV-07-0571-ABC(JTLx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**

## SEE LIST OF DOCUMENTS ATTACHED

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required ( *reason* ):

January 30, 2012                          /s/ Kelly W. Craven
Date                                      Attorney Name

                                          Spin Master, Ltd., Justin Heimberg and David Gomberg
                                          Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (12/11)           NOTICE OF MANUAL FILING           American LegalNet, Inc.
                                                         www.FormsWorkFlow.com

# ATTACHMENT TO FORM G-92 – NOTICE OF MANUAL FILING

## Documents to be manually filed 1/30/12:

1. Ex Parte Application for Order Allowing Plaintiffs to File Documents Under Seal;

2. [Proposed] Order Granting Ex Parte Application to File Documents Under Seal;

3. Plaintiffs' Opposition to Defendants' Motion for Summary Adjudication As to Plaintiffs' Claims For Disgorgement and Punitive Damages;

4. Plaintiffs' Opposition to Defendants' Motion for Summary Adjudication As to Plaintiffs' Claim for Lost Profits Damages;

5. Plaintiffs' Objection to Defendants' Evidence and Request for Denial or Continuance of Summary Judgment Under FRCP 56(D);

6. Confidential Declaration of Peter Kristoffy in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Adjudication as to Plaintiffs' Claim for Lost Profits Damages;

7. Confidential Declaration of Kristian Fleming in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Adjudication;

8. Confidential Declaration of Ben Davidson in Support of Plaintiffs' Objection to Defendants' Evidence and Request for Denial or Continuance of Summary Judgment under FRCP 56(D);

9. Confidential Declaration of Ben M. Davidson in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Adjudication as to Plaintiffs' Claim for Lost Profits Damages;

10. Confidential Declaration of Kelly W. Craven in Support of Plaintiffs' Oppositions to Defendants' Motions for Summary Adjudication;

11. Plaintiffs' Statement of Genuine Issues of Material Fact in Response to Defendants' Separate Statement of Undisputed Facts in Support of

Defendants' Motion for Summary Adjudication as to Plaintiffs' Claim for Disgorgement of Defendants' Profits;

12. Plaintiffs' Statement of Genuine Issues of Material Fact in Response to Defendants' Separate Statement of Undisputed Facts in Support of Defendants' Motion for Summary Adjudication as to Plaintiffs' Claim for Lost Profits Damages;

13. Plaintiffs' Additional Evidentiary Objections to Declarations Filed by Defendants; and

14. Proof of Service.

601612801v1