

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SPIN MASTER, LTD., et al., | CASE NOS.: CV 06-3459 ABC (PLAx) |
| Plaintiffs, | CV 07-0571 ABC (PLAx) |
| v. | **SPECIAL VERDICT FORM** |
| ZOBMONDO ENTERTAINMENT, LLC, et al., | |
| Defendants. | |

**REDACTED VERDICT FORM AS TO FOREPERSON SIGNATURE**

We, the jury in the above-titled action, answer the questions submitted to us as follows.

1. Did Plaintiffs prove by a preponderance of the evidence that "Would You Rather . . .?" was a suggestive trademark, rather than a merely descriptive trademark or a generic name, in 2002?

   Yes __X__   No ____

   *If you answered "No" to this question, please skip all of the remaining questions in this verdict form, have the foreperson sign the bottom of the form, and return the form to the Court's bailiff. If you answered "Yes" to this question, please proceed to Question No. 2.*

2. Did Plaintiffs prove by a preponderance of the evidence that Defendants infringed the "Would You Rather . . .?" trademark by creating a likelihood of confusion among consumers?

   Yes __X__   No ____

   *If you answered "No" to this question, please skip all of the remaining questions in this verdict form, have the foreperson sign the bottom of the form, and return the form to the Court's bailiff. If you answered "Yes" to this question, please proceed to Question No. 3.*

3. Did Plaintiffs prove by a preponderance of the evidence that they were damaged by Defendants' infringement of the "Would You Rather . . .?" trademark?

   Yes __X__   No ____

   *If you answered "No" to this question, please skip all of the remaining questions in this verdict form, have the foreperson sign the bottom of the form, and return the form to the Court's bailiff. If you answered "Yes" to this question, please proceed to Question No. 4.*

2

4. What is the amount of damages Plaintiffs proved?

Amount: $ 5,109,040.00

*Please proceed to Question No. 5.*

5. Did Plaintiffs prove by a preponderance of the evidence that Defendants used the "Would You Rather . . . ?" trademark without the consent of any of the Plaintiffs before June 2006?

Yes  X   No _____

*If you answered "No" to this question, please skip Question No. 6 and proceed to Question No. 7. If you answered "Yes" to this question, please proceed to Question No. 6.*

6. During what time period before June 2006 did Plaintiffs prove Defendants used the "Would You Rather . . . ?" trademark without the consent of any of the Plaintiffs?

2002 - June 2006

*Please proceed to Question No. 7.*

7. Have Plaintiffs proved by clear and convincing evidence that Defendants committed unfair competition based on trademark infringement before June 2008 with oppression, fraud, or malice?

Yes  X   No _____

*Please have the jury foreperson sign below and return to the Court's bailiff.*

DATED: 11-5-2012

_____
JURY FOREPERSON