FILED
CLERK, U.S. DISTRICT COURT

NOV - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SPIN MASTER, LTD., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ZOBMONDO ENTERTAINMENT, LLC, et al.,<br><br>　　　　Defendants. | CASE NOS.: CV 06-3459 ABC (PLAx)<br>　　　　　　　　CV 07-0571 ABC (PLAx)<br><br>**SPECIAL VERDICT FORM – PHASE II** |

**REDACTED VERDICT FORM AS TO FOREPERSON SIGNATURE**

We, the jury in the above-titled action, answer the questions submitted to us as follows.

1. What amount of punitive damages, if any, did Plaintiffs prove by clear and convincing evidence?

$ <u>3,500,000</u>.00

*Please have the jury foreperson sign below and return to the Court's bailiff.*

DATED: <u>11-5-12</u>                              _____
                                                              JURY FOREPERSON

2